**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

N.S., and P.S., individually and on behalf of their minor child, A.S.,

Plaintiffs,

v.

THE UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, in his Official Capacity, Secretary of State, et al.,

Defendants.

CASE NO. 4:25-CV-09595-YGR

**ATTACHMENT 1 - ~~[PROPOSED]~~ ORDER RE: JOINT MOTION TO EXTEND THE DEADLINE FOR PLAINTIFFS' AND DEFENDANTS' RESPONSES TO DEFENDANTS' MOTION TO DISMISS**

Hon. Yvonne Gonzalez Rogers
United States District Judge

**~~[PROPOSED]~~ ORDER**

Pending before the Court is the parties' Joint Motion to Extend the Deadline for the Plaintiffs and Defendants' Responses to Defendants' Motion to Dismiss. Upon consideration of the parties' Motion, and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion is GRANTED.

(1) The deadline for Plaintiffs to file their response to Defendants' Motion to Dismiss is September 25, 2026; and

(2) The deadline for Defendants to file their reply in support of Defendants' Motion to Dismiss is October 9, 2026.

(3) The date for the hearing on the motions in this matter is October 27, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Date: September 22, 2026

Judge Yvonne Gonzalez Rogers
United States District Judge